IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMSON B. SLEWION, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| vs. : | No. 10-CV-5325 |
| : | |
| NORMAN WEINSTEIN, ET AL., : | |
| : | |
| Defendants. : | |

**ORDER**

AND NOW, this   3rd    day of November, 2011, upon consideration of the Motion to Dismiss by Defendants Norman Weinstein, Charles Schleifer and Richard Kupersmith (Doc. No. 13), it is hereby ORDERED that Defendants' Motion is GRANTED pursuant to Local Rule of Civil Procedure 7.1(c) and this case is DISMISSED.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER, C.J.