**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Samson B. Slewion,          :

                              :     CIVIL ACTION

        Plaintiff,      :

                              :     NO. 10-CV-5325

    vs.                 :

                              :

Norman Weinstein, et al.,   :

                              :

        Defendants.     :

<u>**ORDER**</u>

AND NOW, this 6th  day of August, 2012, upon consideration of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 13), Plaintiff's Response in opposition thereto (Doc. Nos. 22 and 23), Defendants' Reply (Doc. No. 24) and Plaintiff's Sur-Reply (Doc. Nos. 25 and 26), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED and that this case is DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that the Clerk of Court is DIRECTED to mark the case closed.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER, C.J.