OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
601 MARKET ST.
PHILADELPHIA, Pa. 19106-1790

RE: SAMSON SLEWION
      V.
NORMAN WEINSTEIN, ET.AL

CASE NUMBER: 12-3266
DISTRICT CASE NUMBER: 2-10-CV-05325
U.S. SUPREME COURT NUMBER: 12-10802


RECEIVED JUN 12 2014 U.S.C.A. 3rd

## APPEAL

TODAY, JUNE 12, 2014 PLAINTIFF APPEALED THE ORDER OF U.S. DISTRICT COURT FOR A PETITION FOR AN ORDER TO PRESENT NEW ISSUE IN THE ABOVE CAPTIONED CASE:

ON AUGUST 06, 2012 THE UNITED STATES DISTRICT COURT ED AFTER DEFENDANTS VIOLATED RULE 12(4)(A) FOR NOT FILING AN ANSWER TO PLAINTIFF COMPLAINT WHEN DEFENDANTS' 12(G)(1) MOTION WAS DENIED BY THE COURT AND ALSO VIOLATED RULE 12(g)(1) BY NOT JOINING THEIR EARLIER 12(b)(1) MOTION TO DISMISS WITH THEIR 12(b)(6) MOTION TO DISMISS THAT HAS BEEN WAIVED, THE COURT GRANTED DEFENDANTS' 12(b)(6) MOTION TO DISMISS

(01)

ON MARCH 14, 2013 THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT AFFIRMED.

ON OCTOBER 07, 2013 THE UNITED STATES SUPREME COURT DENIED THE WRIT OF CERTIORARI AND THE U.S. DISTRICT COURT ED'S DISMISSAL OF PLAINTIFF'S CLAIMS WAS NO LONGER OPERATES AS THE FINAL ORDER IN ~~THE~~ THIS CASE PENDING THE DISPOSITION OF THE PETITION FOR REHEARING.

ON DECEMBER 09, 2013 THE U.S. SUPREME COURT DENIED THE PETITION FOR REHEARING. THE COURT DID NOT DISMISS THE COMPLAINT. THE COURT REFUSED TO GRANT THE REQUEST IN THE PETITION FOR REHEARING BUT NOT DISMISSED THE COMPLAINT. WITH THIS DENIAL, PLAINTIFF'S LEGAL AVENUES WERE NOT FULLY EXHAUSTED, AND THE U.S. DISTRICT COURT ED'S DISMISSAL OF PLAINTIFF'S CLAIMS DOES NOT OPERATES AS THE FINAL ORDER IN THIS CASE. PLAINTIFF IS ENTITLED TO PRESENT A NEW ISSUE UNDER RULE 16 OF THE U.S. SUPREME COURT.

RESPECTFULLY SUBMITTED

SAMSON B. SLEWION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMSON A. SLEWION, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 10-CV-5325 |
| NORMAN WEINSTEIN, et al., | : |
| Defendants. | : |

FILED MAY 1 2 2014

## ORDER

AND NOW, this 12TH day of May, 2014, upon consideration of Plaintiff's Second Petition for An Order To Allow Petitioner To Present New Issue In The Above Captioned Case (Doc. No. 34), Defendants' Response Thereto (Doc. No. 36), and Plaintiff's Third Petition for An Order (Doc. No. 37), it is hereby ORDERED that Plaintiff's Motions (Doc. Nos. 34, 37) are DENIED with prejudice.[1]

ENTERED
MAY 1 3 2014
CLERK OF COURT

BY THE COURT:

J. CURTIS JOYNER, J.

---

[1] Plaintiff's initial claim was filed in October 2010. (Doc. No. 3). After granting Defendants' Motion to Dismiss because Plaintiff failed to respond in a timely manner, the Court granted Plaintiff's Motion for Reconsideration and allowed Plaintiff to file a Response. (Doc. No. 21). After considering Plaintiff's Response, the Court dismissed Plaintiff's case with prejudice in August 2012. (Doc. No. 28). The Court's judgment was affirmed by the Third Circuit in April 2013. (Doc. No. 31). An appeal to the United States Supreme Court was also denied. (Doc. No. 34, Ex. A). Though Plaintiff contends that the Supreme Court reopened the case, the Order states that "[t]he petition for rehearing is denied," and does not "reopen" the matter as Plaintiff asserts. Id. With this denial, Plaintiff's legal avenues were fully exhausted, and this Court's dismissal of Plaintiff's claims operates as the final order in this above-captioned case. Plaintiff is thus foreclosed from presenting a new issue in this case.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 7, 2013

Mr. Samson B. Slewion
P.O. Box 58015
Philadelphia, PA  19102

> Re:  Samson B. Slewion
>      v. Norman Weinstein, et al.
>      No. 12-10802

Dear Mr. Slewion:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk

Case 2:10-cv-05325-JCJ Document 39 Filed 06/12/14 Page 5 of 8

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 9, 2013

Mr. Samson B. Slewion
P.O. Box 58015
Philadelphia, PA 19102

    Re: Samson B. Slewion
        v. Norman Weinstein, et al.
        No. 12-10802

Dear Mr. Slewion:

    The Court today entered the following order in the above-entitled case:

    The petition for rehearing is denied.

                                Sincerely,

                                **Scott S. Harris**, Clerk

Office of the Clerk
U. S. Court of Appeals
601 Market St.
Phila., Pa. 19106

Re: Samson B. Alumnu
  v.
Norman Weinstein et al
Case No. 12-3266
District No. 10-CV-05325
U. S. Supreme Court No. 12-21802

## Certificate of Service

I, Samson B. Alumnu, Pro-Se hereby certify that a copy of Plaintiff's petition for an order on appeal was served upon all interested parties on the date noted below via U.S. first class mail, addressed as follows:

Richard Kupersmith
1835 Market Street 2700
Phila., Pa 19103

Date: June 12, 2014

By: _____
SAMSON B. Alumnu

Office of the Clerk
U.S. Court of Appeals
401 Market St.
Phila., Pa. 19106

Re: Samson B. Alenion
     v.
Norman Weinstein et. al
Case no: 12-3266
District no. 10-CV-05325
U.S. Supreme Court no. 12-10802

## Order

And now, this __ day of __, 2014, upon Consideration of Plaintiff's Complaint Petition for an Order on Appeal, it is hereby Ordered and Decreed that Plaintiff's petition for an Order is granted.

By The Court

_____

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

June 13, 2014

Michael E. Kunz, Clerk
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Re: Slewion v. Weinstein
E.D. Pa. No. 10-cv-05325

Dear Mr. Kunz:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order entered 5/13/14 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was received in this Court on 6/12/14 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

By: /s/ Marcia M. Waldron
Clerk

MMW/lld
Enclosure
cc: Samson B. Slewion (w/out enclosure)