# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMSON B. SLEWION

C.A. #10-5325
District Court Docket Number

vs.

NORMAN WEINSTEIN, ET AL

Notice of Appeal Filed 6/12/14
Court Reporter(s)/ESR Operator(s)       N/A

Filing Fee:
      Notice of Appeal_____Paid __X_Not Paid  _____Seaman
      Docket Fee      _____Paid __X_Not Paid  _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__X_Motion Granted
_____Motion Denied
_____Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending


Defendant's Address (for criminal appeals)




Prepared by: s/Kim Williams_____
Kim Williams
Deputy Clerk/Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm