UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 29, 2014
BCO-122

No. 14-3041

SAMSON B. SLEWION,

Appellant

v.

NORMAN WEINSTEIN; CHARLES J. SCHLEIFER;
RICHARD KUPERSMITH, Attorney At Law

(E.D. Pa. No.10-cv-05325)

Present: AMBRO, CHAGARES and VANASKIE, Circuit Judges

1. Motion by Appellees for Summary Action.

Respectfully,
Clerk/tmk

_____ORDER_____

The foregoing motion is hereby granted.

By the Court,

s/ Michael A. Chagares
Circuit Judge

Dated: September 16, 2014
tmm/cc: Samson B. Slewion
Richard T. Kupersmith, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on 10/8/14

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**